Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE



MARILYN S. JOHNSON



RELATOR
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00260-CV



An Original Proceeding 


in Mandamus








MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Marilyn S. Johnson, seeks a writ of mandamus against the Honorable Eduardo A.
Gamboa, Judge of the Probate Court of El Paso County. Mandamus will lie only to correct a
clear abuse of discretion. Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). 
Moreover, there must be no other adequate remedy at law. Id. Based on the petition and record
before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly,
we deny mandamus relief. See Tex.R.App.P. 52.8(a).




September 20, 2007

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.